**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | | |
|---|---|---|
| FREDERICK A. MOHAMMED<br>ADC #97575 | | PLAINTIFF |
| V. | NO: 2:11CV00003 SWW | |
| DANNY BURL *et al.* | | DEFENDANTS |

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE